JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS QUEEN, | Case No. CV 17-1191-JFW (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID SHINN, | |
| Respondent. | |

Pursuant to the Order Dismissing Action for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED this action is DISMISSED without prejudice.

Dated: March 13, 2017

*[signature]*

HONORABLE JOHN F. WALTER
United States District Judge

Presented by:

*[signature]*

KENLY KIYA KATO
United States Magistrate Judge